NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUTURELOGIC, INC.,**
*Plaintiff-Appellant,*

**v.**

**NANOPTIX, INC.,**
*Defendant-Cross Appellant.*

---

2012-1095, -1136

---

Appeals from the United States District Court for the Central District of California in No. 10-CV-7678, Judge John F. Walter.

---

**JUDGMENT**

---

BRETT J. WILLIAMSON, O'Melveny & Myers LLP, of Newport Beach, California, argued for plaintiff-appellant.

ADAM K. YOWELL and MICHAEL D. ROUNDS, Watson Rounds, of Reno, Nevada, argued for the defendant-cross appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 10, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk